MARTIN *v.* COPELAND, relator. REEVES *v.* COPELAND, relator.

FISH, C. J. These cases on their facts are controlled by the rulings made in the case of *Brindle* v. *Copeland,* ante, and the same direction is given as to the modification of the orders in these cases as was given in that case, viz., that the orders be modified to the extent of eliminating therefrom so much of them as ordered the closing of the houses of the defendants.

*Judgments affirmed, with direction. All the Justices concur.*
JUNE 20, 1916.